Case 5:26-cv-00125   Document 3   Filed 01/29/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **LEONARDO PARRA PARRA ROMERO,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00125 |
| § | |
| **PAMELA BONDI,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Pending before the Court is Leonardo Pastor Parra Romero's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner lists the following as respondents in their official capacities: Secretary of the Department of Homeland Security Kristi Noem; United States Attorney General Pamela Bondi; Acting Director of the United States Immigration and Customs Enforcement (ICE), Todd Lyons; Acting Executive Associate Director for the Office of Enforcement and Removal Operations (ERO) for ICE; and Warden of the Webb County Detention Center. (Dkt. 1 at 1.)

Petitioner submitted a certificate of service indicating that all Respondents were served. (Dkt. 1 at 9.) However, Petitioner's certificate of service indicated he served the Warden of Prairieland Detention Center instead of Webb County Detention Center, where Petitioner is alleged to be held. Petitioner is **ORDERED** to submit proof of service to Warden of Webb County Detention Center by **February 4, 2026**.

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on Petitioner no later than **February**

1 / 2

**6, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents Response on or before **February 11, 2026**.

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Daniel.Hu@usdoj.gov and Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this January 29, 2026.

_____
Diana Saldaña
United States District Judge